IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHRISTOPHER BERNARD CAMPBELL, | : |
| Plaintiff, | : |
| v. | : Case No. 4:24-cv-73-CDL-AGH |
| Officer LOVE, | : |
| Defendant. | : |

# **ORDER**

The record shows that Defendant was personally served with process by the United States Marshals Service on August 27, 2024 (ECF No. 15). Because Defendant was personally served but has not answered or otherwise defended within the period contemplated by Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Clerk of Court is **ORDERED** to enter default against Defendant. The Clerk is also **DIRECTED** to serve a copy of this Order upon Defendant by U.S. Mail delivered to the available address of service, as well as the Sheriff of Muscogee County Jail, located in Columbus, Georgia.

Plaintiff is **ADVISED** that after Defendant's default is entered on the record, Plaintiff may file a motion for the entry of default judgment against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**SO ORDERED and DIRECTED**, this 4th day of October, 2024.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE